IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LADONNA SMITH                                                                                   PLAINTIFF

3:22-cv-00004-DPM-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                           DEFENDANT

## ORDER

Permission is granted to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.   The Clerk will issue Summons without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 11th day of January 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE