IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LADONNA SMITH                                                                    PLAINTIFF

v.                                       No. 3:22-cv-4-DPM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                   DEFENDANT

## ORDER

Smith has objected to the Magistrate Judge's recommendation, so the Court has reviewed the Commissioner's decision *de novo*. FED. R. CIV. P. 72(b)(3). The ALJ's opinion is thorough: he examined Smith's medical records and considered all of Smith's conditions, medications, and treatments. Smith says the ALJ improperly discounted the opinions of her advanced practice nurse, Ruth Skozpates, and licensed clinical social worker, Lu Ann McKee. They have a long history of caring for Smith. The Court, however, will not reverse an ALJ's decision "simply because some evidence supports a conclusion other than that reached by the ALJ." *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). The ALJ weighed Skozpates' and McKee's opinions. And he explained why, in the context of the whole record, he was not persuaded by this evidence or by the State consultants' opinions.

Substantial evidence on the record as a whole supports the ALJ's decision; and the Court sees no error of law, especially in the

application of the new regulations. *Bowers v. Kijakazi*, 40 F.4th 872, 874–76 (8th Cir. 2022); 20 C.F.R. § 404.1520c. Objections, *Doc. 12*, overruled. Recommendation, *Doc. 11*, adopted. The Court will dismiss Smith's complaint with prejudice.

    So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2022