IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LADONNA SMITH                                                                          PLAINTIFF

v.                              No. 3:22-cv-4-DPM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                      DEFENDANT

JUDGMENT

Smith's complaint is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2022